UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 JUL 12 PM 1:15
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cause No. 1:16-cr- |
| DONTELL ANDERSON, | ) |
| Defendant, | ) |

1:16-cr-0144 WTL-TAB

### INDICTMENT

[Possession of Firearm by Convicted Felon – 18 U.S.C. § 922(g)(1)]

The Grand Jury further charges that:

On or about June 29, 2016, within the Southern District of Indiana, Indianapolis Division, DONTELL ANDERSON, being a person convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which firearm had been shipped or transported in interstate commerce; to-wit, ANDERSON possessed a loaded nine millimeter Ruger P85 semi-automatic handgun, bearing serial number 302-61716 and a loaded nine millimeter Makarov semi-automatic handgun, with an unidentifiable serial number, after sustaining convictions for the following offenses: (1) on or about September 3, 2015, ANDERSON was convicted in Marion County (Indiana) of Dealing in Cocaine, a Class B Felony.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to

Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in this Indictment, DONTELL ANDERSON shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which he is convicted.

A TRUE BILL:

███████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *(signature)*

Bradley A. Blackington
Chief, Drug and Violent Crime Unit